UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE RAFFORD,

    Plaintiff,

    v.

SNOHOMISH COUNTY, *et al.*,

    Defendants.

Case No.  C07-0947RSL

ORDER VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*.  On October 15, 2007, plaintiff filed his opposition to defendant's motion for summary judgment but did not provide a courtesy copy of the documents for chambers.  The Court ordered plaintiff to show cause why he should not be sanctioned for failure to comply with two prior orders of this Court requiring courtesy copies of lengthy filings for chambers.  The order to show cause (Dkt. #29) is now vacated in light of the receipt of the courtesy copy.

    DATED this 26th day of October, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE

ORDER VACATING ORDER
TO SHOW CAUSE